IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Spears Sr, Scott E | Case Number: 07 B 13982 |
|---|---|---|
| | Spears, Tammy A | Judge: Goldgar, A. Benjamin |
| | Printed: 7/8/08 | Filed: 8/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 27, 2008
Confirmed: October 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,925.00 | |
| Secured: | | 2,736.96 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,922.09 |
| Trustee Fee: | | 265.95 |
| Other Funds: | | 0.00 |
| Totals: | 4,925.00 | 4,925.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 2,500.00 | 1,922.09 |
| 2. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 18,885.57 | 2,736.96 |
| 5. | Mortgage Electronic Registration Sys | Secured | 23,066.59 | 0.00 |
| 6. | EMC Mortgage Corporation | Secured | 4,000.00 | 0.00 |
| 7. | Illinois Dept Of Healthcare And Family | Priority | 68,880.53 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 222.76 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 360.32 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 327.55 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 367.76 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 2,740.00 | 0.00 |
| 13. | Capital One Auto Finance | Secured | | No Claim Filed |
| 14. | Comcast | Unsecured | | No Claim Filed |
| 15. | St Margaret Mercy Hospital | Unsecured | | No Claim Filed |
| 16. | Exxon Mobil | Unsecured | | No Claim Filed |
| 17. | Ivanhoe Dental Group Ltd | Unsecured | | No Claim Filed |
| 18. | Village Of New Lenox | Unsecured | | No Claim Filed |
| 19. | Chicago Institute Of Neurosurgery | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 121,351.08 | $ 4,659.05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 265.95 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Spears Sr, Scott  E
Spears, Tammy A
Printed:  7/8/08

Case Number:  07 B 13982
Judge:  Goldgar, A. Benjamin
Filed:  8/3/07

_____
$ 265.95

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

